IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LEONARD C. GULBRONSON,**

    **Petitioner,**

v.                                                    Case No. 1:22-cv-157-AW-ZCB

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Leonard Gulbronson petitioned for § 2254 relief. His operative petition (his second amended) presents seven grounds. ECF No. 12. In a thorough report and recommendation, the magistrate judge concludes the petition should be denied without an evidentiary hearing and that Gulbronson is not entitled to habeas relief as to any of the seven asserted grounds. ECF No. 34. Gulbronson has not filed any objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on September 2, 2025.

                                                 s/ *Allen Winsor*
                                                 Chief United States District Judge